UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Julie Dalton, *individually and on behalf of all others similarly situated*,

      Plaintiff,

v.

Luxottica of America Inc., *doing business as* Sunglass Hut,

      Defendant.

File No. 24-cv-3380 (ECT/DLM)

**ORDER**

---

Plaintiff Julie Dalton has filed a Notice of Dismissal with Prejudice of her complaint pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). ECF No. 15. Defendant Luxottica of America Inc., doing business as Sunglass Hut, has not filed an answer or motion for summary judgment. Dalton's dismissal with prejudice is therefore effective as of right. This civil action will be administratively terminated.

Date: January 15, 2025

s/ Eric C. Tostrud
Eric C. Tostrud
United States District Court